UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

OCEANBOX HOLDINGS LLC,

                Defendant.

**ORDER**

21 Civ. 2114 (ER)

Ramos, D.J.:

    Defendant Oceanbox Holdings was served with process on June 1, 2021.  Doc. 5.  Accordingly, its deadline to respond to the complaint was June 22, 2021.  There has been no further activity in this case.  Plaintiff is therefore instructed to move for a default judgment pursuant to the Court's individual practices by September 7, 2021.  Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   August 23, 2021
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.